✓ RETAIN

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y ~~N~~
Exhibits Filed: Y ~~N~~

*~~doctor~~ $1500 due*

PROCEEDING MEMO - CHAPTER 13

Date: 02/12/2019 Time: 02:00

**CASE: 18-17174 Patricia Ann Blake-Simms**

Morgan William Fisher representing Patricia Ann Blake-Simms (Debtor)

__ T. Branigan __ L. Storzer  *Kyle Molden*
         representing Timothy P. Branigan (Trustee)

[43] Request regarding plan payments on behalf of Sonya Mack Filed by Sonya Mack (related document(s) 40 Order Denying Confirmation of Chapter 13 Plan with Leave to Amend).

*Sister Sonia Mack creditor*

**MOVANT**: Sonya Mack (no aty)

[47] Amended Chapter 13 Plan. Amount of Payments per Month: $$1,800.00/$300.00, Number of Months: lump sum for months 1-7/29 Filed by Patricia Ann Blake-Simms. (Fisher, Morgan) Modified on 1/16/2019 (Kaniowski, Amanda).

**MOVANT**: Patricia Blake-Simms BY M Fisher

[23] Objection to Confirmation of Chapter 13 Plan.

DISPOSITIONS:

*7 days to become current*

Plan: (Confirmed) Modified (Hold) Interlineation:$___ Mos.__ Converted to Ch___
Denied without/with leave to amend by:_____Conf:_____Dismissed
Continued to: _____

Other Matters: (List Paper No next to ruling)

| | | |
|---|---|---|
| Granted _____ | Sustained _____ | Denied _____ |
| Overruled _____ | Withdrawn _____ | Under Adv. _____ |
| Moot _____ | Consent _____ | Dismissed _____ |
| O.T.J. Fee _____ | | |

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel         [ ] Court
    [ ] Respondent's counsel     [ ] Other _____

NOTES: